AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
### DISTRICT OF OREGON

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| EARNEST GILMORE REYNOLDS ) | Case No: CR 03-60103-01-HO |
| ) | USM No: 107098-065 |
| Date of Previous Judgment: 08/02/2005 ) | Mr. Larry Roloff |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __63__ months **is reduced to** __51__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __27__          Amended Offense Level: __25__
Criminal History Category: __I__        Criminal History Category: __I__
Previous Guideline Range: __70__ to __87__ months   Amended Guideline Range: __57__ to __71__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __08/02/2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 5/7/08

Effective Date: 5/20/08
(if different from order date)

Judge's signature
Michael R. Hogan, U.S. District Judge
Printed name and title